No. 71–1160. TRANSPORT OF NEW JERSEY *v.* DELA-
WARE RIVER PORT AUTHORITY. Sup. Ct. N. J. Cer-
tiorari denied. MR. JUSTICE DOUGLAS is of the opinion
that certiorari should be granted. 

No. 71–1165. HARPER *v.* UNITED STATES. C. A. 7th
Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted. 

No. 71–1207. BAYLESS ET AL. *v.* MARTINE ET AL.
C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUG-
LAS is of the opinion that certiorari should be granted.

No. 71–1223. CALDERONE ENTERPRISES CORP. *v.*
UNITED ARTISTS THEATRE CIRCUIT, INC., ET AL. C. A.
2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of
the opinion that certiorari should be granted. 

No. 71–5099. NORWOOD *v.* HENDERSON, WARDEN.
C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUG-
LAS is of the opinion that certiorari should be granted.

No. 71–5789. ANDERSON *v.* KENTUCKY. C. A. 6th
Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted.

No. 71–5854. STANLEY ET AL. *v.* OHIO. Sup. Ct. Ohio.
Certiorari denied. MR. JUSTICE DOUGLAS is of the opin-
ion that certiorari should be granted.

No. 71–5855. MEALEY *v.* DELAWARE. Sup. Ct. Del.
Certiorari denied. MR. JUSTICE DOUGLAS is of the opin-
ion that certiorari should be granted.